**Application GRANTED in part and DENIED in part. Defendants' deadline to answer, move or otherwise respond to the Complaint, and the parties' deadline to file the required joint letter and proposed civil case management plan and scheduling order in advance of the initial conference, are extended to January 25, 2023, at 12:00 P.M. The initial conference scheduled for January 4, 2023, is adjourned to February 1, 2023, at 4:20 P.M.**

Dated: December 21, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   Steven Cogle v. The Walt Disney Company (22 Civ. 9261 (LGS))

Dear Judge Schofield:

Pursuant to Your Honor's Individual Rule I.B.2, Plaintiff respectfully requests a 60-day adjournment and extension of time for the initial pretrial conference and corresponding joint letter, presently scheduled for January 4, 2023, and December 28, 2022, respectively. Plaintiff also requests a 60-day extension of time for Defendant to answer or otherwise respond to the complaint, the deadline for which is presently January 9, 2023.

On November 16, 2022, this Court scheduled a telephonic initial conference for January 4, 2023, and directed the parties to file a joint letter in advance of that conference by December 28, 2022. ECF No. 8. In addition, pursuant to Defendant's waiver of service of the summons, Defendant must answer or otherwise respond to the complaint by January 9, 2023. ECF No. 9. Since the issuance of the Court's order, Plaintiff's counsel has been in contact with counsel for Defendant, and the parties are exploring the possibility of settlement. The parties believe that a 60-day adjournment and extension will facilitate the possibility of settlement without the need for further litigation. Therefore, Plaintiff respectfully requests that the Court:

- Adjourn the initial conference until March 6, 2023, or as soon as the Court is available thereafter,
- Extend the deadline to file the corresponding joint letter until February 27, 2023, or later, and
- Extend the deadline for Defendant to answer or otherwise respond to the complaint until March 10, 2023.

Counsel for Defendant consents to this request. There have been no previous requests for adjournment or extension of these dates.

It is respectfully requested that this application for correction of the initial filing be granted.

Very truly yours,

*Brian K. Robinson, Esq.*

Cc: Rachel Strom, Esq.

90 Broad Street, Suite 300
New York, NY 10004